UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES RUSSELL JOHNSON,,
    Plaintiff,

vs.                                                    Case No.: 5:20cv252/TKW/MAF

OFFICER YOUNG.,
    Defendant.
                                   /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 26). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's motion to dismiss should be granted with respect to the official capacity claims in the amended complaint, but denied as to the individual capacity claims. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion to dismiss (Doc. 21) is **GRANTED in part**, and the official capacity claims in the amended complaint are **DISMISSED**. The motion is otherwise **DENIED**.

3. Defendant shall answer the amended complaint within 14 days from the date of this order. *See* Fed. R. Civ. P. 12(a)(4)(A).

4. This case is recommitted to the magistrate judge for further proceedings.

**DONE and ORDERED** this 21st day of June, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**