UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES RUSSELL JOHNSON,

    Plaintiff,

v.                                                      Case No. 5:20-cv-252-TKW/MJF

OFFICER YOUNG,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Second Report and Recommendation (Doc. 30).  No objections were filed.  Upon due consideration of the Second Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed due to Plaintiff's failure to prosecute.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Second Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 9th day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**